UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:21-cr-131 |
| Plaintiff, | : | |
| | : | JUDGE MARBLEY |
| v. | : | |
| | : | |
| LESLIE JEAN WILLIAMSON, | : | INDICTMENT |
| | : | |
| Defendant. | : | 18 U.S.C. § 1344 |
| | : | 18 U.S.C. § 664 |
| | : | 18 U.S.C. § 641 |

THE GRAND JURY CHARGES:

At all times material to this Indictment:

Background

1. Betty Jean Ward ("Ward") died on October 17, 2015 at age 82. On the death certificate, Ward's granddaughter LESLIE JEAN WILLIAMSON is listed as the informant.

2. At the time of her death, Ward was collecting a monthly pension from U.S. Steel. This should have ended when Ward died, but the pension was not notified of her death. As a result, the pension continued to deposit benefits intended for Ward into her account at Northwest Bank, totaling $23,425.16 after Ward's death.

3. Ward's Northwest Bank account was an individual account with no co-signer.

4. Northwest Bank was a financial institution with deposits insured by the Federal Deposit Insurance Corporation.

## COUNTS 1 - 51
### (Bank fraud)

5. Paragraphs 1 through 4 are incorporated herein.

### The Scheme to Defraud

6. From in or about October 2015, and continuing through in or about August 2020, in the Southern District of Ohio and elsewhere, the defendant, LESLIE JEAN WILLIAMSON, did knowingly execute a scheme to obtain any of the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, namely, Northwest Bank, by means of false and fraudulent pretenses, representations, and promises.

### The Purpose of the Scheme

7. The purpose of the scheme to defraud was for LESLIE JEAN WILLIAMSON to unlawfully enrich herself by stealing pension benefits that were paid to Betty Jean Ward after Ward's death.

### The Manner and Means of the Scheme

8. It was part of the scheme that WILLIAMSON withdrew the pension money from the Northwest Bank account by paying bills and writing checks to herself and then depositing the checks into an account at another bank for which WILLIAMSON was a signatory. WILLIAMSON forged Ward's signature on these checks and wrote false information on the memo lines of some of the checks.

### The Execution of the Scheme

9. In furtherance of the above-described scheme, and in order to achieve its purpose, and obtain money and property by means of false and fraudulent pretenses, representations and promises, the defendant, LESLIE JEAN WILLIAMSON, did knowingly execute the

scheme on or about the dates set forth below, by negotiating the checks identified below from Betty Jean Ward's Northwest Bank account and depositing said checks into an account at another bank for which WILLIAMSON was a signatory:

| Count | Date | Amount | Check # |
|---|---|---|---|
| 1 | December 19, 2016 | $500.00 | 243 |
| 2 | December 28, 2016 | $250.00 | 245 |
| 3 | January 2, 2017 | $324.78 | 244 |
| 4 | February 16, 2017 | $853.00 | 246 |
| 5 | February 17, 2017 | $314.12 | 247 |
| 6 | April 3, 2017 | $300.00 | 250 |
| 7 | May 2, 2017 | $200.00 | 248 |
| 8 | May 14, 2017 | $100.00 | 253 |
| 9 | July 12, 2017 | $412.09 | 254 |
| 10 | May 2, 2017 | $200.00 | 252 |
| 11 | August 2, 2017 | $257.46 | 255 |
| 12 | August 10, 2017 | $100.00 | 257 |
| 13 | August 5, 2017 | $736.75 | 256 |
| 14 | September 4, 2017 | $50.00 | 258 |
| 15 | October 4, 2017 | $100.00 | 261 |
| 16 | October 15, 2017 | $50.00 | 262 |
| 17 | November 1, 2017 | $200.00 | 264 |
| 18 | November 2, 2017 | $60.00 | 266 |
| 19 | December 1, 2017 | $200.00 | 267 |

| | | | |
|---|---|---|---|
| 20 | December 25, 2017 | $200.00 | 268 |
| 21 | January 12, 2018 | $175.00 | 269 |
| 22 | February 4, 2018 | $250.00 | 271 |
| 23 | March 5, 2018 | $100.00 | 272 |
| 24 | March 17, 2018 | $200.00 | 273 |
| 25 | June 2, 2018 | $275.00 | 274 |
| 26 | July 5, 2018 | $300.00 | 275 |
| 27 | July 29, 2018 | $600.00 | 276 |
| 28 | August 23, 2018 | $200.00 | 277 |
| 29 | September 12, 2018 | $375.00 | 278 |
| 30 | September 21, 2018 | $200.00 | 279 |
| 31 | October 2, 2018 | $150.00 | 281 |
| 32 | November 6, 2018 | $125.00 | 280 |
| 33 | November 22, 2018 | $50.00 | 282 |
| 34 | December 28, 2018 | $75.00 | 283 |
| 35 | January 8, 2019 | $40.00 | 284 |
| 36 | March 15, 2019 | $175.00 | 285 |
| 37 | April 4, 2019 | $170.00 | 287 |
| 38 | April 1, 2019 | $150.00 | 288 |
| 39 | May 6, 2019 | $50.00 | 289 |
| 40 | June 4, 2019 | $280.00 | 290 |
| 41 | June 22, 2019 | $200.00 | 291 |
| 42 | July 7, 2019 | $120.00 | 292 |

| 43 | August 1, 2019 | $200.00 | 293 |
| 44 | August 1, 2019 | $900.00 | 294 |
| 45 | August 25, 2019 | $115.00 | 295 |
| 46 | November 7, 2019 | $200.00 | 296 |
| 47 | November 24, 2019 | $400.00 | 297 |
| 48 | December 30, 2019 | $250.00 | 335 |
| 49 | January 2, 2020 | $50.00 | 359 |
| 50 | February 8, 2020 | $250.00 | 360 |
| 51 | June 2, 2020 | $500.00 | 336 |

**All in violation of Title 18, United States Code, Section 1344.**

## COUNT 52
### (Theft or embezzlement from employee benefit plan)

10. Paragraphs 1 through 4 are incorporated herein.

11. From in or about October 2015, and continuing through in or about August 2020, in the Southern District of Ohio, the defendant, **LESLIE JEAN WILLIAMSON**, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use and to the use of another, any of the moneys, funds, securities, premiums, credits, property, and other assets of any employee welfare benefit plan and employee pension benefit plan, and of any fund connected therewith, namely, pension benefits having a value of approximately $23,425.16.

**In violation of 18 U.S.C. § 664.**

## COUNT 53
### (Theft of public money)

12. Paragraph 1 is incorporated herein.

13. From in or about October 2015, and continuing through in or about June 2020, in the Southern District of Ohio, the defendant, **LESLIE JEAN WILLIAMSON**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $76,399.98.

**In violation of 18 U.S.C. § 641.**

A TRUE BILL

S/ FOREPERSON
**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

**TIMOTHY LANDRY**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**